# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM



**FILED**

MAR 2 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

　　　　　　　　　　　　RE:　**Stephanie EDWARDS**
　　　　　　　　　　　　　　　 Docket Number: 2:05CR00268-01
　　　　　　　　　　　　　　　 **CONTINUANCE OF JUDGMENT
　　　　　　　　　　　　　　　 AND SENTENCING**

Sir:

It is respectfully requested that the above-referenced case be continued from March 24, 2006 to May 19, 2006 at 10:00 a.m. (See attached for amended Schedule for Disclosure)

**REASON FOR CONTINUANCE:** Defense counsel for the defendant has been unavailable for the probation interview and expressed his desire to continue the sentencing. Although Mr. Dratman advised he would file the continuance, as of March 13, 2006, he had not filed it. Therefore, as the defendant has not been interviewed by probation, the probation officer is compelled to file this continuance request.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

　　　　　　　　　　　　　　　 Respectfully submitted,

　　　　　　　　　　　　　　　 /s/ Wendy E. Reyes
　　　　　　　　　　　　　　　 **Wendy E. Reyes**
　　　　　　　　　　　　　　　 **United States Probation Officer**

**REVIEWED BY:**　/s/ Karen A. Meusling
　　　　　　　　　　　**Karen A. Meusling**
　　　　　　　　　　　**Supervising United States Probation Officer**

Dated:　March 14, 2006
　　　　　Sacramento, California
　　　　　WR:sa

Attachment
cc:　Clerk, United States District Court
　　　United States Attorney's Office
　　　Defense Counsel
　　　Probation Office Calendar clerk

✓　**Approved**　　　　　　　/s/ _____　　3/17/06
　　　　　　　　　　　　　　　 **Senior United States District Judge**　　**Date**

___　**Disapproved**

Rev. 8/98
CONTJ&S.EJG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 2:05CR00268-01 |
| Plaintiff, | Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. |
| vs. | |
| Stephanie EDWARDS | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court

| | |
|---|---|
| Judgment and Sentencing Date | 05/19/2006 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer & Opposing Counsel no Later Than | 05/12/2006 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | 05/05/2006 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer & Opposing Counsel no Later Than | 04/28/2006 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than | 04/14/2006 |

Rev. 8/98
CONT J&S.EJG