UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

       RE: Stephanie EDWARDS
          Docket Number: 2:05CR00268-01
          **CONTINUANCE OF JUDGMENT AND SENTENCING**

Sir:

It is respectfully requested that the above-referenced case be continued from May 19, 2006, to July 7, 2006, at 10:00 a.m. (See attached for amended Schedule for Disclosure)

**REASON FOR CONTINUANCE:** Defense counsel for the defendant has been unavailable for the probation interview. A probation interview was scheduled for April 10, 2006. Mr. Dratman called to cancel, and expressed his desire to continue the sentencing. Although Mr. Dratman advised several times he would file the continuance, as of May 11, 2006, he had not filed it. As the final presentence report was due to the Court on May 5, 2006, the undersigned is obligated to file this continuance on behalf of the defendant. This is the second continuance filed by the undersigned on behalf of the defendant, due to Mr. Dratman's failure to do so.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

              Respectfully submitted,

              /s/ Wendy E. Reyes
              United States Probation Officer

REVIEWED BY: /s/ Karen A. Meusling
         Karen A. Meusling
         Supervising United States Probation Officer

**FILED**
MAY 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Dated: May 11, 2006
    Sacramento, California
    WER:sda

Attachment
cc: Clerk, United States District Court
   United States Attorney's Office
   Defense Counsel
   Probation Office Calendar clerk

✓ Approved   /s/ Edward J. Garcia   5/12/06
         Senior United States District Judge   Date

___ Disapproved

Rev. 8/98
CONTJ&S.EJG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 2:05CR00268-01 |
| Plaintiff, | Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. |
| vs. | |
| Stephanie EDWARDS | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court

| | |
|---|---|
| Judgment and Sentencing Date | 07/07/2006 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer & Opposing Counsel no Later Than | 06/30/2006 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | 06/23/2006 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer & Opposing Counsel no Later Than | 06/16/2006 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than | 06/02/2006 |

Rev. 8/98
CONTJ&S.EJG